[No. 17697–8–I.   Division One.   June 15, 1987.]

GENERAL INSURANCE COMPANY OF AMERICA, *Appellant,*
v. BOGEY'S, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–03171–1, Robert E. Dixon, J., entered December 13, 1985. *Remanded with instructions* by unpublished opinion per Callow, J. Pro Tem., concurred in by French and Williams, JJ. Pro Tem.

[No. 17743–5–I.   Division One.   June 15, 1987.]

RAY LATHAM, ET AL, *Appellants,* v. EDGEWATER INTERNATIONAL TRUCKS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–12201–1, Gerard M. Shellan, J., entered January 7, 1986. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Steere and Williams, JJ. Pro Tem.

[No. 18137–8–I.   Division One.   June 15, 1987.]

NPS BUILDING ASSOCIATES, *Appellant,* v. SEATTLE TRUST AND SAVINGS BANK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–02555–7, John W. Riley, J., entered March 21, 1986. *Remanded with instructions* by unpublished opinion per Dore, J. Pro Tem., concurred in by Johnsen and Patrick, JJ. Pro Tem.